**Robert Tilson MORLEY, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, Broughton Hospital; H. David Bruton, M.D., Secretary; Seth P. Hunt, Jr.; Michael Orndoff, Defendants–Appellees,**

and

**Kevin Kilbride, M.D.; Randall Lay, M.D., each in his official and individual capacity, Defendants.**

No. 02–2033.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Robert Tilson Morley, Appellant Pro Se. Donna B. Wojcik, North Carolina Department Of Justice, Morgantown, North Carolina; Dorothy Powers, North Carolina Department Of Justice, Raleigh, North Carolina, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Tilson Morley appeals the district court's order granting summary judgment to Defendants in his employment

discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Morley v. North Carolina Dep't of Human Res.*, No. CA–00–250–1–C (W.D.N.C. July 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*